STATE, Respondent, v. TRAVIS, Appellant.

(216 N. W. 948.)

(File No. 6364. Opinion filed December 31, 1927.)

E. E. Sullivan, of Sioux Falls, for Appellant.

Buell F. Jones, Attorney General, and Bernard A. Brown, Assistant Attorney General, for the State.

PER CURIAM. Appeal from order denying motion for new trial. The certified copy of notice of appeal was filed in this court on October 7, 1926; the record having been settled on August 6, 1926. The time for filing appellant's brief was extended by various stipulations to May 1, 1927. There has been no further extension of time, and no brief has been filed by appellant. Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the order appealed from is affirmed.